STEVEN M. CHANLEY, Bar No. 142079
JON-ERIK G. STORM, Bar No. 227349
BRIAN C. DONNELLY, Bar No. 247673
**EMPLOYER ADVOCATES GROUP**
755 Santa Rosa Street, Suite 300
San Luis Obispo, California 93401
Tel: 805.782.9900
Fax: 805.782.9901
E-mail: storm@EAGLawGroup.com

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
AUG 14 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorneys for Plaintiff
**EAG, A LAW CORPORATION**

LODGED
2007 AUG 14 PM 12: 29

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division)

| | |
|---|---|
| EAG, A LAW CORPORATION, a California Professional Corporation, doing business as **EMPLOYER ADVOCATES GROUP**,<br><br>Plaintiff,<br><br>v.<br><br>**EMPLOYER ADVOCACY GROUP, INC.**, a California Corporation, **DAVID ARMANDO TORRES**, an individual, **ANDREW GOMEZ**, an individual, and DOES 1-10,<br><br>Defendants. | Case No. CV 07-2781 ABC (Ex)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL.**<br><br>Hon. Audrey B. Collins |

## STIPULATION

Plaintiff EAG, A LAW CORPORATION ("EAG"), and Defendants EMPLOYER ADVOCACY GROUP, INC., ("ADVOCACY") and DAVID ARMANDO TORRES ("TORRES"), (collectively the "Parties")[1] have reached and entered into a settlement

///

///

---

[1] Defendant Andrew Gomez is in default and has not appeared.

DOCKETED ON
AUG 16 2007

CV 07-2781 ABC (Ex)
Stipulation and Order, pg. 1

022

1  agreement, and based thereon, hereby stipulate, and respectfully request that the Court
2  ORDER as follows:
3  The entire action shall be and hereby is dismissed with prejudice, with each party
4  to bear its own costs and attorneys fees, except to the extent, if any, such is otherwise
5  provided for in the settlement agreement entered into by and between the Parties.
6  STIPULATED AND AGREED TO BY:
7  Dated: August 10, 2007            EMPLOYER ADVOCATES GROUP LC
8
9                                    _____
                                     STEVEN M. CHANLEY
10                                   JON-ERIK G. STORM
                                     BRIAN C. DONNELLY
11                                   Attorneys for Plaintiff
                                     EAG, A LAW CORPORATION
12 Dated: August 13, 2007            TROY GOULD LLP
13
14                                   _____
                                     RUSSEL I. GLAZER
15                                   Attorneys for Defendants EMPLOYER
                                     ADVOCACY GROUP, INC. and DAVID
16                                   TORRES
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

The entire action shall be and hereby is dismissed with prejudice, with each party to bear its own costs and attorneys fees, except to the extent, if any, such is otherwise provided for in the settlement agreement entered into by and between the Parties.

IT IS SO ORDERED:

DATED: __8/14/07__

_____
Hon. Audrey B. Collins
**UNITED STATES DISTRICT JUDGE**

Z:\ClientDocs\EAG\Lit\Pld\04 StipDismiss wkg.wpd